**Henry A. O'LAGUE, Petitioner**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent**

2016-2300

United States Court of Appeals, Federal Circuit.

October 17, 2017

MICHAEL B. LOVE, Michael Love Law, PLLD, Spokane, WA, argued for petitioner.

VERONICA NICOLE ONYEMA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

(Prost, Chief Judge, Reyna and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**